[No. 21275-7-II.    Division Two.    April 17, 1998.]

FRANK MAXWELL, *Appellant*, v. THE DEPARTMENT OF
CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-03037-7, Christine A. Pomeroy, J., entered September 23, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J. Now published at 91 Wn. App. 171.

[No. 21475-0-II.    Division Two.    April 17, 1998.]

STANLEY J. TROHIMOVICH, *Appellant*, v. VOLVO NORTH
AMERICA CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00798-3, Michael Spencer, J. Pro Tem., entered November 7, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 21663-9-II.    Division Two.    April 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMANUEL O.
DEHINBO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01105-7, Christine A. Pomeroy, J., entered January 29, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21672-8-II.    Division Two.    April 17, 1998.]

WEYERHAEUSER COMPANY, *Respondent*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Defendant*, RICHARD D. TAYLOR,
*Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-2-00283-0, Joel M. Penoyar, J., entered February 6, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.